[No. 53128-0-I. Division One. May 2, 2005.]

SCHELIE L. CONNER, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-10962-4, Laura Gene Middaugh, J., entered September 4, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Schindler, J.

[No. 53332-1-I. Division One. May 2, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY DONALD STOUT, JR., *Appellant*.

*In the Matter of the Detention of* ROY DONALD STOUT, JR.

Appeal from a judgment of the Superior Court for Skagit County, No. 01-2-01307-9, Susan K. Cook, J., entered October 29, 2003. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy and Agid, JJ. Now published at 128 Wn. App. 21.

[No. 53458-1-I. Division One. May 2, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER NOLAN TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03705-4, Mary Roberts, J., entered November 4, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53483-1-I. Division One. May 2, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DWIGHT HINTON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-00693-1, Steven J. Mura, J., entered November 20, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Schindler, J.